UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-CR-220-JMS-MJD-01 |
| | ) | |
| VICTOR J. DOMINGUEZ-FERNAND, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF MANUAL FILING**

Comes now the Defendant, Victor Dominguez-Fernand, by counsel, H. Samuel Ansell, and notifies this Court and the United States of America that the following listed item has been submitted to the Court via manual filing:

1. Video of the traffic stop of Victor Dominguez-Fernand on November 18, 2015.

Respectfully submitted,

s/ H. Samuel Ansell____
H. Samuel Ansell
Attorney for Dominguez-Fernand

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ H. Samuel Ansell____
H. Samuel Ansell
Attorney for Dominguez-Fernand

Ansell Law Firm, LLC
156 E. Market Street
Suite 900
Indianapolis, Indiana  46204
Telephone:  317-381-0371
Attorneyansell@gmail.com