## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>          Plaintiff,                            )<br>     v.                                             )      1:15-CR-220-JMS-MJD-2<br>                                                              )<br>                                                              )<br>ISHMAL M. HAMILTON,                 )<br>                                                              )<br>          Defendant.                          ) | |

### DEFENDANT'S MOTION TO CONTINUE PLEA AND SENTENCING HEARING

Defendant Ishmael Hamilton, by counsel William H. Dazey, Jr., respectfully moves the Court to continue the guilty plea and sentencing hearing presently set in this case, and in support states:

1.     The guilty plea and sentencing hearing in this cause is currently set for June 26, 2016 at 10:00 a.m.

2.     This Court entered an Order on June 13, 2016 (Document # 95) granting a Motion to Suppress filed by codefendant Victor J. Dominguez-Fernand, which motion was based on facts equally applicable to Mr. Hamilton.

3.     Undersigned counsel requests a continuance of approximately 60 days to discuss options with the United States and consider whether Mr. Hamilton's Petition to Plead Guilty should be withdrawn.

**WHEREFORE**, Defendant Ishmael Hamilton, requests that the plea and sentencing hearing scheduled for June 26, 2016, be vacated, and that this case be reset for hearing approximately 60 days thereafter.

Respectfully submitted,

*S/ William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

"Blackett, Peter (USAINS)" <Peter.Blackett@usdoj.gov>, "Glickman, Barry (USAINS)" <Barry.Glickman@usdoj.gov>

*S/William H. Dazey, Jr.*
William H. Dazey, Jr.